UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gin Doose, AKA, Virginia Doose, | ) |
| | ) Case Number: CV-12-0599 RS |
| Plaintiff, | ) |
| v. | ) **ORDER REFERRING LITIGANT TO** |
| | ) **FEDERAL PRO BONO PROJECT AND** |
| Wal-Mart Stores, Inc., AKA, | ) **STAYING PROCEEDINGS PENDING** |
| Wal-Mart Associates, Inc. | ) **APPOINTMENT OF COUNSEL** |
| | ) |
| Defendants (Doe's 1-10) | ) |
| | ) |

The Plaintif having requested and being in need of counsel to assist him/her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Gin Doose, AKA, Virginia Doose shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for:

    ☑ all purposes for the duration of the case

    ☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows: _____

    ☐ other: _____

2. Upon being notified by the Project that an attorney has been located to represent the <u>Plaintiff</u>, that attorney shall be appointed as counsel for <u>Gin Doose, AKA, Virginia Doose</u> in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent <u>Gin Doose, AKA, Virginia Doose</u> in this action.

IT IS SO ORDERED.

Dated: June 7, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE