**GRANTED**
*Judge Maria-Elena James*

1  MICHAEL T. LUCEY (SBN: 099927)
   LINDA M. MORONEY (SBN: 172668)
2  MAYA OHANA (SBN: 272903)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  WAL-MART STORES, INC.

Settlement Conference set for December 21, 2012 at 10:00 a.m., in chambers.
Dated: November 5, 2012

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ginn Doose, | Case No. C 12-00599 RS (MEJ) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| vs. | |
| Wal-Mart Stores, Inc. | |
| Defendant. | |

The parties hereby stipulate to reschedule the settlement conference in the above matter to Friday, December 21, 2012 at 10:00 a.m. in Magistrate Judge James' chambers, located on the 15th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

DATED: November 2, 2012          GORDON & REES, LLP

                                 By: /s/ Linda Moroney
                                     MICHAEL T. LUCEY
                                     LINDA M. MORONEY
                                     Attorneys for Defendant
                                     WAL-MART STORES, INC.

DATED: October 25, 2012          By: /s/ Ginn Doose
                                     GINN DOOSE, in pro se

[Per the defense counsel request, to reschedule date.]

IT IS SO ORDERED:

DATED:                           By: _____
                                     Maria-Elena James
                                     Chief United States Magistrate Judge

- 1 -
Stipulation to Reschedule Settlement Conference

sidebar: * No proof of service was attached, (see letter dated 10-23-12) request signed copy of rescheduling.

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-5355