MICHAEL T. LUCEY  (SBN: 099927)
LINDA M. MORONEY (SBN: 172668)
MAYA OHANA (SBN: 272903)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WAL-MART STORES, INC.

**GRANTED**

*Judge Maria-Elena James*

Settlement Conference set for December 21,2012
at 10:00 a.m., in chambers.
Dated: November 5, 2012

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ginn Doose | Case No. C 12-00599 RS (MEJ) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| vs. | |
| Wal-Mart Stores, Inc. | |
| Defendant. | |

The parties hereby stipulate to reschedule the settlement conference in the above matter
to Friday, December 21, 2012 at 10:00 a.m. in Magistrate Judge James' chambers, located on the
15th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

DATED: ~~October~~ November 2, 2012.          GORDON & REES, LLP

By: _Linda Moroney_
MICHAEL T. LUCEY
LINDA M. MORONEY
Attorneys for Defendant
WAL-MART STORES, INC.

DATED: October 25, 2012          By: _Ginn Doose_
GINN DOOSE, in *pro se*

[ Per the defense counsel
request, to reschedule date.]

IT IS SO ORDERED:

DATED:          By: _____
Maria-Elena James
Chief United States Magistrate Judge

- 1 -

WAL/1060670/13912349v.1          Stipulation to Reschedule Settlement Conference

*side bar; * No proof of service was attached, (see letter dated
request sister copy of reschedule; 10-23-12)