1  MICHAEL T. LUCEY (SBN: 099927)
   LINDA M. MORONEY (SBN: 172668)
2  MAYA OHANA (SBN: 272903)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  WAL-MART STORES, INC.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 Ginn Doose                       )   Case No. C 12-00599 RS (MEJ)
                                    )
11              Plaintiff,          )   JOINT STIPULATION AND
                                    )   [PROPOSED] ORDER TO
12         vs.                      )   RESCHEDULE SETTLEMENT
                                    )   CONFERENCE
13 Wal-Mart Stores, Inc.            )
                                    )
14                                  )
                Defendant.          )
15 _____   )

16      The parties hereby stipulate to reschedule the settlement conference in the above matter

17 to Tuesday, April 30, 2013 at 10:00 a.m. in Magistrate Judge James' chambers, located on the

18 15th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

19 DATED: March 7, 2013              GORDON & REES, LLP

20
                                     By:  /s/
21                                        LINDA M. MORONEY
                                          Attorneys for Defendant
22                                        WAL-MART STORES, INC.

23
   DATED: March 7, 2013              By:  /s/
24                                        JEFFREY N. DALY
                                          Attorney for Plaintiff
25                                        GINN DOOSE

26 IT IS SO ORDERED:

27 DATED: March 11, 2013             By: _____
                                          Maria-Elena James
28                                        Chief United States Magistrate Judge

- 1 -
STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE