1 | MICHAEL T. LUCEY (SBN: 099927)
  | LINDA M. MORONEY (SBN: 172668)
2 | MAYA OHANA (SBN: 272903)
  | GORDON & REES LLP
3 | 275 Battery Street, Suite 2000
  | San Francisco, CA 94111
4 | Telephone: (415) 986-5900
  | Facsimile: (415) 986-8054

Attorneys for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Ginn Doose | ) Case No. C 12-00599 RS (MEJ) |
|---|---|
| Plaintiff, | ) JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE |
| vs. | |
| Wal-Mart Stores, Inc. | |
| Defendant. | |

The parties hereby stipulate to reschedule the settlement conference in the above matter to Tuesday, April 30, 2013 at 10:00 a.m. in Magistrate Judge James' chambers, located on the 15th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

DATED: March 7, 2013          GORDON & REES, LLP

                              By: /s/
                                  LINDA M. MORONEY
                                  Attorneys for Defendant
                                  WAL-MART STORES, INC.

DATED: March 7, 2013          By: /s/
                                  JEFFREY N. DALY
                                  Attorney for Plaintiff
                                  GINN DOOSE

IT IS SO ORDERED:

DATED: March 11, 2013         By: _____
                                  Maria-Elena James
                                  Chief United States Magistrate Judge

- 1 -
STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE