UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINN DOOSE,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES INC.,<br><br>    Defendant. | Case No. 12-cv-00599-WHO  (WHO)<br><br>**ORDER SETTING CASE SCHEDULE**<br><br>Re: Dkt. No. 61 |

Based on the parties' Joint Proposed Case Schedule, as modified, the Court ORDERS that the following schedule be set for this case:

    **Deadline for Filing Third Amended Complaint**: December 2, 2013

    **Initial Disclosures Deadline**: January 31, 2014

    **Non-Expert Discovery Cut-Off**: August 20, 2014

    **Expert Discovery Cut-Off**: August 20, 2014

    **Dispositive Motion Hearing Deadline**: August 20, 2014

    **Pre-Trial Conference**: October 20, 2014

    **Deadline to Exchange Exhibit and Witness Lists**: October 3, 2014

    **Trial Date**: November 3, 2014

    **IT IS SO ORDERED.**

Dated: November 14, 2013

WILLIAM H. ORRICK
United States District Judge