MICHAEL T. LUCEY (SBN: 099927)
LINDA M. MORONEY (SBN: 172668)
MAYA OHANA (SBN: 272903)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glenn Doose,<br><br>  Plaintiff,<br><br>vs.<br><br>Wal-Mart Stores, Inc.<br><br>  Defendant. | Case No. C 12-00599 WHO (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE AND TO MODIFY SCHEDULING ORDER** |

The parties hereby stipulate to reschedule the settlement conference in the above matter to Monday, March 10, 2014 at 2:00 p.m. in Magistrate Judge James' chambers, located on the 15th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

To allow for a productive settlement conference and to avoid incurring potentially unnecessary fees and costs before said conference, the parties stipulate to a stay of discovery pending completion of the settlement conference.

To further the goal of a productive settlement conference and potential resolution of this matter, and to avoid unnecessary costs, the parties further request an order modifying the Court's scheduling order to require initial disclosures by March 24, 2014.  The parties do not request any modification to the remaining dates and deadlines within the Court's scheduling order.

DATED: January 28, 2014					GORDON & REES, LLP

								By:  */s/ Linda M. Moroney*
								       LINDA M. MORONEY
								       Attorneys for Defendant
								       WAL-MART STORES, INC.

DATED: January 28, 2014					By: _____
								       JEFFREY N. DALY
								       Attorney for Plaintiff
								       GINN DOOSE

IT IS SO ORDERED:

DATED: 							By: _____
								       William H. Orrick
								       United States District Judge

DATED: 							By: _____
								       Maria-Elena James
								       ~~Chief~~ United States Magistrate Judge

The Settlement Conference shall take place on March 10, 2014 at 2:00 p.m., in Chambers, 15th Floor, before Magistrate Judge James. Counsel shall lodge their statements, or if they wish, an updated statements, if they had previously lodged a statement, by March 3, 2014. This Order is signed by Magistrate Judge James for purposes of setting a new settlement date only.
Dated: 1/28/2014

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

1069870/17193047v.1

- 2 -
STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE, STAY DISCOVERY AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER